**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 89 MAL 2022

           Respondent          :

                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court

           v.                         :

                                :

OMAR ROBINSON,                   :

            Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2022, the Petition for Allowance of Appeal and the "Motion to Hold the Proceedings in Abeyance" are **DENIED**.